Case 5:14-mc-00012-XR    Document 1-1   Filed 01/02/14   Page 1 of 5

SA14MC0012 XR

FILED
JAN 02 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Doctor J.D. Isaacs | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 12-cv-40-JL |
| Dartmouth-Hitchcock Medical Center, Trustees of Dartmouth College, Mary Hitchcock Memorial Hospital, Doctor Christine Finn | ) ) ) | |
| _Defendant_ | ) | (If the action is pending in another district, state where: District of New Hampshire ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: PACER Service Center, 7550 IH 10 West, Suite 600, San Antonio, Texas 78229

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: PACER access audit records (name of PACER user, docket item accessed, date accessed) for civil case 06-cv-03338-GAF (Central District of California, Isaacs v. Keck), spanning September 2009 through August 2013

| Place: USDC Western Texas conference room, or electronically to jeffreydi@gmail.com , or via USPS (see below address) | Date and Time: October 21, 2013 11AM, or mailed before 10/21 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: SEP 18 2013

CLERK OF COURT WILLIAM G. PUTNICKI

_Diana Garcia_                                    OR    _____
Signature of Clerk or Deputy Clerk                        Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Doctor J.D. Isaacs
_____ , who issues or requests this subpoena, are:

Doctor J.D. Isaacs (pro se), 3553 West Chester Pike Unit 177, Newtown Square PA 19073
jeffreydi@gmail.com (212)257-0737



| | **ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS** | |
|---|---|---|
| HONORABLE JOHN D. BATES<br>Director | | |
| JILL C. SAYENGA<br>Deputy Director | WASHINGTON, D.C. 20544 | ROBERT K. LOESCHE<br>General Counsel |

November 11, 2013

**VIA E-MAIL: jeffreydi@gmail.com**

Jeffrey D. Isaacs, Esq.
3553 West Chester Pike
Unit 177
Newtown Square, Pennsylvania 19073

    Re:    *Doctor J.D. Isaacs v. Dartmooouth-Hitchcock Medical Center, et al.*,
            Civil Action No. 12-cv-40-JL (D. N.H.)

Dear Mr. Isaacs:

       This is in response to your subpoena in connection with the above-referenced case commanding the PACER Service Center to produce specified PACER usage data as to any person who accessed the docket in *Isaacs v. Keck*, Case No. 06-cv-03338-GAF (C.D. Cal.) during the period of September 2009 to August 2013. As explained below, your request has been denied because it fails to satisfy the federal judiciary's disclosure regulations and the PACER Privacy and Security Policy.

       Requests such as yours are governed by the Federal Judiciary's disclosure regulations, "Testimony of Judiciary Personnel and Production of Judiciary Records in Legal Proceedings" (Disclosure Regulations), which are publicly accessible on uscourts.gov via the following hyperlink: http://www.uscourts.gov/RulesAndPolicies/SubpoenaRegulations.aspx. Under these regulations, disclosure requests are referred to the appropriate "determining officer", in this instance the General Counsel of the Administrative Office of the United States Courts. *See* Disclosure Regulations, § 840(b)(4). Requests that fail to satisfy these regulations may be denied on substantive or procedural grounds. See *id.*, §§ 630 and 850(a). Your request, for example, is unsupport by any explanation as to the relevance of the information you have requested or a reason why it is not readily available from another source. In addition, your request is in connection with litigation between private parties, and the Judiciary seeks to avoid spending its resources for private purposes and to minimize its involvement in matters unrelated to its mission. Thus, you request has been denied.

Jeffrey D. Isaacs, Esq.
Page 2

    In addition, as you may know, PACER account records are not public and are maintained solely to enable the PACER Service Center to bill its customers. Accordingly, the PACER Privacy and Security Notice, available at http://pacer.psc.uscourts.gov/notice.html, gives PACER users an expectation that their account and transaction data will remain confidential, and third-party access to this information is permitted only under limited, legally-compelling circumstances. Your request does not justify disclosure of third-party PACER usage information, and, accordingly, it has been denied.

    I trust that this is responsive to your request and regret that I cannot further assist you.

Sincerely,

Sigmund R. Adams
Assistant General Counsel

C21397

Jeffrey Isaacs

Cleveland Clinic Florida

