IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **J.D. ISAACS, an individual,** | ) | |
| | ) | |
|     **Plaintiff/Movant,** | ) | |
| | ) | |
| v. | ) | Misc. Action No. SA-14-MC-12-XR |
| | ) | Civil A. No.: 12-CV-40(JL) (D.N.H.) |
| **PACER Service Center,** | ) | |
| | ) | |
|     **Respondent** | ) | |

### RESPONDENT'S OPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Pursuant to Rule 1 of the Federal Rules of Civil Procedure and the Court's inherent authority to manage its docket, Respondent "PACER Service Center" ("Respondent") respectfully requests additional time to respond to Movant's motion to compel. (Dkt. # 1, 3.) In support of this motion, Respondent shows as follows:

1. This matter involves a third-party subpoena that was allegedly served on Respondent. (Dkt. # 3.) Movant's subpoena seeks records from PACER concerning a lawsuit he filed in 2006. (Id., p. 1-2.) Specifically, Movant is currently engaged in litigation with Dartmouth-Hitchcock Medical Center ("Dartmouth"), and others, in the U.S. District Court for the District of New Hampshire. (Id.) He seeks records from PACER to establish whether Dartmouth (or the others he is currently suing) accessed PACER information about his 2006 lawsuit. (Id.)

2. In September 2013, Movant purportedly served Respondent with a subpoena requesting the above-referenced records. (Id., p. 2.) On November 11, 2013, the Administrative Office of the U.S. Courts ("AO") denied Movant's request. (Id.) In the denial letter, the AO informed Movant that a request for the disclosure of PACER information must be "referred to

1

the appropriate 'determining officer,' in this instance the General Counsel of the Administrative Office of the United States Courts." (Dkt. # 1-1, Ex. B.)

3. On January 2, 2014, Movant apparently filed a motion to compel the production of the records requested in his subpoena. (Dkt. # 1.) On March 3, 2014, the Court issued an Order requiring that Respondent file a response to Movant's motion by no later than March 21, 2014. (Dkt. # 3.) The Court's Order directed that the Clerk mail a copy of the Order to the "PACER Service Center, 7550 IH 10 West, Suite 600, San Antonio, Texas 78229." (Id., p. 4.)

4. Neither the Pacer Service Center nor the AO's General Counsel's Office received notice of the Court's March 3, 2014 Order. The AO did not learn of the Court's Order until March 24, 2014 – when Movant emailed the AO to inquire whether the AO intended to respond. Accordingly, Respondent was not aware that it had to file any type of response by the March 21 deadline.

5. As the AO's November 11, 2013 letter states, there are serious privacy concerns with the disclosure of the requested information. (Dkt. # 1-1, Ex. B, p. 2.) Out of fairness, Respondent would like an opportunity to respond to Movant's motion to compel. See FED R. CIV. P. 1 (stating the rules "should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding").

6. Accordingly, Respondent respectfully requests that the Court grant this motion, and that Respondent be given until April 14, 2014 in which to respond to Movant's motion. A proposed Order is attached for the Court's review and entry.

## Certificate of Conference

The undersigned certifies to the Court that on March 28, 2014 he contacted Movant by telephone to request an extension of time to respond to his motion. Movant opposes this request.

Dated: March 28, 2014

Respectfully submitted
**ROBERT PITMAN**
United States Attorney

By: Joseph C. Rodriguez
**JOHN F. PANISZCZYN**
Chief of the Civil Division
Texas Bar No. 15443855
jpaniszczyn@usa.doj.gov

**JOSEPH C. RODRIGUEZ**
Assistant United States Attorney
Ohio Bar No. 0072958
joe.rodriguez@usdoj.gov

601 NW Loop 410, Suite 600
San Antonio, Texas 78216-5597
Tel. (210) 384-7300
Fax. (210) 384-7312
**ATTORNEYS FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2014, a true and correct copy of the foregoing was served via First Class U.S. Mail and Certified Mail on the following: J.D. Isaacs, 3553 West Chester Pike, Unit 177, Newtown Square, PA 19073

Joseph C. Rodriguez
**JOSEPH C. RODRIGUEZ, AUSA**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **J.D. ISAACS, an individual,** | ) | |
| | ) | |
| **Plaintiff/Movant,** | ) | |
| | ) | |
| v. | ) | **Misc. Action No. SA-14-MC-12-XR** |
| | ) | **Civil A. No.: 12-CV-40(JL) (D.N.H.)** |
| **PACER Service Center,** | ) | |
| | ) | |
| **Respondent** | ) | |

### ORDER

On this day the Court considered Respondent's Opposed Motion for Additional Time to Respond to Plaintiff's Motion to Compel. After reviewing the record in this matter and the applicable law, the Court grants Respondent's motion.

Accordingly, Respondent has until on or before April 14, 2014 in which to respond to Movant's motion to compel the production of information requested by the subpoena. (Dkt. # 1.)

It is so Ordered.

Signed this _____ day of _____, 2014.

_____
**HONORABLE XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**

4