# EXHIBIT A



Jeffrey Isaacs <jeffreydi@gmail.com>

## Re: PACER Subpoena
1 message

**Jeffrey Isaacs** <jeffreydi@gmail.com>   Mon, Nov 25, 2013 at 8:50 AM
To: Sigmund_Adams@ao.uscourts.gov

Dear Mr. Adams,

Thank you for your letter responding to the PACER records request. Upon reviewing the matter in further detail, I remain interested in obtaining the PACER records. I am attaching a draft Motion to Enforce Subpoena, to be filed in San Antonio. I hope that after your review of the motion, you will reconsider whether or not to produce the records. I believe that these records may represent some of the last physical evidence of various civil and criminal allegations pending, and hence view them as critical evidence. If PACER is in possession of records proving that individuals in Arizona or New Hampshire viewed the 06-3338 lawsuit in 2010/2011, I ask that these records also be referred to the FBI.

Furthermore, I ask that the PACER Service Center preserve the records, regardless of their content, because I understand the PACER service center only maintains 3 years of records before automatic deletion occurs. This motion may be subject to an appeal at the Circuit level or Supreme Court, and it is imperative that these records be preserved beyond 3 years so as to maintain any appellate authority over the matter.

Again, the attached motion is only a draft intended to confer with you for your review. Per the scheduling order of the District Court, I am required to file all discovery motions by late December. I am sending you this motion as far in advance as possible to allow your review.

Please do not hesitate to contact me if I can help clarify any details concerning this matter.

Regards,
Jeffrey Isaacs


On Mon, Nov 11, 2013 at 7:50 PM, <Sigmund_Adams@ao.uscourts.gov> wrote:
> Dear Mr. Isaacs:
>
> Please find attached a response to your subpoena served on the PACER Service Center in connection with
> *Doctor J.D. Isaacs v. Dartmouth-Hitchcock Medical Center, et al.*, Civil Action No. 12-cv-40-JL (D. N.H.).
>
> Sincerely,
> Sigmund R. Adams
>
> _____
> Sigmund R. Adams
> Assistant General Counsel
> Administrative Office of the U.S. Courts
> (202) 502-1100 (main)
> (202) 502-2915 (direct)
> (202) 502-1033 (fax)
> sigmund_adams@ao.uscourts.gov

**3 attachments**

- 📄 **subenforce.pdf**
  112K

- 📄 **pacersubpoena.pdf**
  168K

- 📄 **Jeffrey D. Isaacs Ltr.pdf**
  180K