# EXHIBIT B



Jeffrey Isaacs <jeffreydi@gmail.com>

## Motion
1 message

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>　　　　　　　Mon, Dec 30, 2013 at 9:09 PM
To: Sigmund_Adams@ao.uscourts.gov

Dear Attorney Adams:

I am attaching the final motion which has been placed in the mail to the USDC for Western Texas. Several weeks ago, we discussed the possibility that you could provide a "negative response" that no academic institutions looked at CV-06-3338 in 2010-2011. Unfortunately I have not heard back, and the deadline for filing a motion to enforce the subpoena is near. Please let me know if you are able to make the negative declaration and avoid further work for the Courts.

Regards,
Dr Jeffrey Isaacs

**5 attachments**

- **pacersubpoena.pdf**
  168K
- **subenforce.pdf**
  119K
- **Jeffrey D. Isaacs Ltr.pdf**
  180K
- **exhibitC.pdf**
  313K
- **ExhibitD.pdf**
  7206K