# EXHIBIT C



Jeffrey Isaacs <jeffreydi@gmail.com>

## USDC San Antonio Motion to Enforce Subpoena

1 message

**Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>  Thu, Jan 23, 2014 at 7:11 AM
To: Sigmund_Adams@ao.uscourts.gov

Dear Attorney Adams,

About a month ago I filed a motion to enforce the PACER subpoena, and sent you a copy. I have not yet been served with any response. Please let me know if you plan to respond, or if I should file a motion for default, or if you have reconsidered to produce the PACER records.

Thank you for your attention to this matter.

Regards,
Dr Jeffrey Isaacs